UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ME2 PRODUCTIONS, INC., | ) | Case No. 2:17-cv-00722-JCM-NJK |
|         Plaintiff(s), | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| JOHN AND JANE DOES, | ) | |
| | ) | |
|         Defendant(s). | ) | |

This case has been transferred to the undersigned magistrate judge. Docket No. 6. On March 14, 2017, Judge Hoffman granted Plaintiff's motion to take limited discovery to identify the Defendants in this case. Docket No. 5. That order did not identify a deadline by which an amended complaint must be filed. The Court hereby **ORDERS** Plaintiff to file an amended complaint with the identities of Defendants by June 26, 2017.

IT IS SO ORDERED

Dated: April 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge