# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:17-cv-00722-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| JOHN AND JANE DOES, | |
| Defendant(s). | |

Pending before the Court is a letter from Sunny. Docket No. 10. As Sunny is appearing *pro se*, the Court construes the filing liberally as a motion to quash the subpoena Plaintiff served on Charter Communications. The Clerk's Office is **INSTRUCTED** to update the docket accordingly. Any response to the motion shall be filed by May 9, 2017, and any reply shall be filed by May 19, 2017.

IT IS SO ORDERED

Dated: May 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge