# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ME2 PRODUCTIONS, INC.,

    Plaintiff(s),

v.

JONATHAN SMITH, et al.,

    Defendant(s).

Case No. 2:17-cv-00722-JCM-NJK

**ORDER**

Concurrently herewith, the Court is issuing an order quashing all outstanding subpoenas and recommending that all defendants be severed and dismissed without prejudice except Jonathan Smith. Accordingly, the pending motions to quash subpoenas (Docket Nos. 8, 12) are hereby **DENIED** as moot.

IT IS SO ORDERED

Dated: June 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge